UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON, )
                                            ) 2:08-cv-02689-GEB-3FB
        Plaintiff, )
                                            ) ORDER CONTINUING
   v. ) STATUS (PRETRIAL)
                                            ) CONFERENCE
QUEENSLANDS PRIDE, INC.,d/b/a )
Carvers 210754, )
                                            )
        Defendant.[1] )

       Plaintiff's status report filed on February 16, 2009, indicates that the only matter remaining for decision is a default judgment.

       Therefore, the status (pretrial scheduling) conference scheduled for March 2, 2009, is continued to June 29, 2009 at 9:00 a.m.  Plaintiff shall file a status report not later than fourteen days prior to the June 29 scheduling conference, in which Plaintiff is only required to explain the status of the default judgment and

---

[1] The case caption was changed to reflect dismissals of Defendant Paragon Steakhouse Restaurants, Inc., filed on January 22, 2009 and Defendant James Kin Sing Watt, filed on February 23, 2009.

if a default judgment motion has not been filed by the date on which the status report is due, Plaintiff shall also explain in the status report why this action should not be dismissed for failure of prosecution.

IT IS SO ORDERED.

Dated:  February 24, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

2